

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-19-00694-CV

Felicidad **MARTINEZ**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK000800D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On October 17, 2019, appellant asked the court reporter to prepare the reporter's record for a September 17, 2019 hearing and a "hearing on Plaintiff's Motion for a New Trial, if a hearing was held." On March 30, 2020, the court reporter filed a reporter's record for the September 17, 2019 hearing, but did not file a reporter's record for a hearing on the motion for new trial. This court contacted the court reporter to confirm whether a reporter's record for the motion for new trial hearing existed, and the court reporter stated a record existed but she had not been paid to prepare and file that portion of the record.

We therefore **ORDER** that appellant provide written proof to this court that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee **by November 9, 2020**. If appellant fails to respond within the time provided, this court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court